## Case No. 197.

### The ALICE VIVIAN.

[Nowhere reported; opinion not accessible.]

[8 Adm. Rec. 403.][1]

District Court, S. D. Florida. Jan. 20, 1864.

[Cited in The R. E. Lee, Case No. 11,691.]

[This was a libel by the United States against the steamer Alice Vivian and cargo, captured in attempting to run the blockade.]

---

[1][8 Adm. Rec. 403, only contains the decree of the court.]